UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR JOHNSON, JR.,

      Petitioner,

v.                                     Case No. 04-73777
                                       Honorable Patrick J. Duggan

WILLIE O. SMITH,

      Respondent.
_____/

## OPINION AND ORDER

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on October 27, 2005.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                      U.S. DISTRICT COURT JUDGE

      This matter is before the Court on Petitioner's request for an order requiring the Clerk of the Court to furnish to him certain documents pursuant to 28 U.S.C. § 2250. Petitioner requests copies of his previously filed habeas petitions and the opinions and orders disposing of those petitions so that he may file a motion in the Sixth Circuit Court of Appeals seeking permission to file a second or successive habeas petition. Pursuant to Sixth Circuit Rule 22, Petitioner must file these documents with his motion in order for the court to consider his case. *See* Mot. Ex. A.

      On this date, this Court is sending Petitioner copies of the requested materials. Accordingly, it is not necessary to issue an order to the Clerk of the Court pursuant to

1

Section 2250.

Accordingly,

**IT IS ORDERED**, that Petitioner's request for an order requiring the Clerk to furnish him with certain documents is **DENIED AS MOOT**.

                              s/PATRICK J. DUGGAN
                              UNITED STATES DISTRICT JUDGE

Copies to:
Arthur Johnson, Jr.
#191831
Oaks Corrections Facility
1500 Caberfae Hwy.
Manistee, MI 49660

William Campbell